ANONYMOUS, Plaintiff-Appellant, v. CUR-
TIS PUBLISHING COMPANY, Defend-
ant-Appellee.

No. 6.

Circuit Court of Appeals, Second Circuit.

March 5, 1934.

Showers, Jason & Quinn, of New York
City (Peter W. Quinn, of New York City,
of counsel), for appellant.

Carter, Ledyard & Milburn, of New York
City (J. M. Richardson Lyeth, of New York
City, of counsel), for appellee.

Before MANTON, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Ray O. BINGER, Appellant, v. Walter C.
DURST, Trustee, etc., Appellee.

No. 7052.

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1934.

Eldred E. Wolford, Allan F. Daily and
Edward Gallaudet, all of Los Angeles, Cal.,
for appellant.

William R. Millar, of Los Angeles, Cal.,
for appellee.

Before WILBUR, SAWTELLE, and
GARRECHT, Circuit Judges.

PER CURIAM.

After oral argument of counsel for re-
spective parties, ordered motion of appellee
for certiorari for diminution of record grant-
ed; that certified typewritten transcript of
record proffered as return to the writ be

filed; and order of District Court in this
cause affirmed; mandate forthwith.

W. M. BONNER v. Hal M. CANNON, Trustee.

No. 707.

Circuit Court of Appeals, Tenth Circuit.

Jan. 2, 1934.

H. A. Ledbetter, of Ardmore, Okl., for
appellant.

Rutherford Brett, of Ardmore, Okl., for
appellee.

Before LEWIS and PHILLIPS, Circuit
Judges.

PER CURIAM.

Appeal dismissed without prejudice, on
motion of appellant.

Leander A. BOOTEN, Appellant, v. CHICA-
GO & NORTH WESTERN RAILWAY
COMPANY et al.

No. 9941.

Circuit Court of Appeals, Eighth Circuit.

April 3, 1934.

See, also, 57 F.(2d) 786.

Emmett L. Murphy, Edward F. Fogarty,
Herbert F. Meile, E. Melvin Kennedy, and
K. G. Harvey, all of Omaha, Neb., for ap-
pellant.

Wymer Dressler and Robert D. Neely,
both of Omaha, Neb., and William T. Faricy,
of Chicago, Ill., for appellees.

PER CURIAM.

Appeal dismissed with prejudice, without
costs to either party in this court, per stip-
ulation of parties.